JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jag@mgalaw.com
jrm@mgalaw.com

DAVEN P. CAMERON, ESQ.
Nevada Bar No. 14179
**CAMERON LAW**
8930 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.745.4545
Facsimile: 702.478.3934
E-mail: daven@cameronlawlv.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACARLOS RODGERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JS FARMS LLC dba MIDLAND TRUCKING, a foreign limited liability company; CODY HOWARD, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01995-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO JOIN NECESSARY PARTY [ECF NO. 7] AND MOTION TO DISMISS PRAYER FOR PUNITIVE DAMAGES [ECF NO. 10]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, it is hereby stipulated and agreed by and among the parties, plaintiff JACARLOS RODGERS ("Plaintiff") and defendants JS FARMS LLC dba MIDLAND TRUCKING and CODY HOWARD (collectively "Defendants"), by and through their undersigned counsel of record, that Plaintiff shall have up to and including January 13, 2023, to respond to Defendants' Motion To Join Necessary Party [ECF NO. 7] and Motion To Dismiss Prayer for Punitive Damages [ECF NO. 10]. This is the parties' first request for an extension of any deadline

1

in this case. The requested extension is not intended to cause any delay or to prejudice any party.

DATED this 13th day of December, 2023.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Joseph A. Gutierrez*
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

DATED this 13th day of December, 20123.

**AMES & AMES, LTD.**

*/s/ Chet Glover*
CHET GLOVER, ESQ.
Nevada Bar No. 10054
8275 S. Eastern Ave., Ste. 200-723
Las Vegas, NV 89123
*Attorneys for Defendant*

## ORDER

IT IS ORDERED that Plaintiff shall have up to and including January 13, 2023, to respond to Defendants' Motion To Join Necessary Party [ECF NO. 7] and Defendants' Motion To Dismiss Prayer for Punitive Damages [ECF NO. 10].

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 14, 2022                    .

2